**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00666-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

CORNELIUS T. WILLIAMS,

    Applicant,

v.

[NO NAMED RESPONDENT]

    Respondent.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

    Applicant, Cornelius T. Williams, a Colorado state prisoner, has submitted *pro se* a letter to the Court. Although not entirely clear, Mr. Williams appears to be challenging a prison disciplinary proceeding and seeks restoration of good time credits rescinded. The Court advises Mr. Williams that, to the extent he is challenging a prison disciplinary proceeding, his due process claim properly is asserted in an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. To the extent, he is challenging his conditions of confinement, his claim properly is asserted in a Prisoner Complaint as a civil rights claim pursuant to 42 U.S.C. § 1983. If Mr. Williams intends to pursue both civil rights claims and habeas corpus claims, he will be required to pursue those claims in separate actions.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Mr.

Williams will be directed to cure the following if he wishes to pursue his claims. Any papers that Mr. Williams files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X    is not submitted
(2)   __   is missing affidavit
(3)   X    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>if filing a civil rights complaint</u>)
(4)   X    is missing certificate showing current balance in prison account (<u>if filing a habeas corpus application</u>)
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form
(8)   __   names in caption do not match names in caption of complaint, petition or habeas application
(9)   __   An original and a copy have not been received by the court. Only an original has been received.
(10)  __   other:

**Complaint, Petition or Application**:
(11)  X    is not submitted
(12)  __   is not on proper form (must use the court's current form)
(13)  __   is missing an original signature by the prisoner
(14)  __   is missing page nos. __
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   An original and a copy have not been received by the court. Only an original has been received.
(17)  __   Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)  __   names in caption do not match names in text
(19)  __   other:

Accordingly, it is

ORDERED that Mr. Williams cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Williams files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Williams shall obtain the Court-approved forms

used in filing whatever type of action he is trying to initiate (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Mr. Williams fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED: March 4, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge