IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00666-BNB

CORNELIUS T. WILLIAMS,

    Plaintiff,

v.

JANE DOE(S) ET. AL., Clinical Services (2002 - 2007),
JAMES D. BLOOR, Physician et. al.,
DR. JOHN DOE #1,
MR. PETERSON, Physician Assistant,
DR. PATTERSON, Orthopedist Surgeon, Clinical Services,
DR. JOHN DOE #2,
DR. HESS, Orthopedist Surgeon,
DOE(S) JANE, Clinical Services,
DOE(S) JANE, Inmate Benefit Assistance Coordinator,
DOE(S) JANE, Health Care Policy and Financing,
DOE(S) JANE, ADA Coordinator,
SHELLY MCGAUGHY, Case Manager,
MRS. CHRISTNER, P.A., and
DR. MCGARY, (D.R.D.C.), Clinical Services,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Cornelius T. Williams, was a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility when he initiated this action. On April 2, 2014, Mr. Williams filed *pro se* a Prisoner Complaint pursuant to 28 U.S.C. § 1343 and 42 U.S.C. § 1983 asserting a deprivation of his constitutional rights.

    On April 17, 2014, the Court reviewed the allegations of the Complaint and determined that they were deficient because the Complaint failed to comply with Fed. R. Civ. P. 8 and did not allege the personal participation of each named Defendant in an

arguable deprivation of Plaintiff's constitutional rights. The Court ordered Mr. Williams to file an amended complaint on the court-approved Prisoner Complaint form. On June 6, 2014, Plaintiff filed an Amended Prisoner Complaint, which dismissed several substantive claims, dismissed the Defendants named in the original Complaint, and named additional Defendants.

On June 12, 2014, the Court reviewed the Amended Complaint and directed Mr. Williams to respond and show cause why the claims against the Group 1 Defendants (Jane Doe(s) Et. Al., James D. Bloor, Dr. John Doe #1, Mr. Peterson, Dr. Patterson, Dr. John Doe #2, Dr. Hess, and Dr. McGary) should not be dismissed as time-barred.  Mr. Williams has not submitted any response to the June 12 Order to Show Cause.

On July 21, 2014, the Court reviewed the Amended Complaint, found that the allegations against the Group 2 Defendants (Doe(s) Jane Clinical Services, Doe(s) Jane Inmate Benefit, Doe(s) Jane Health Care Policy and Financing, Doe(s) Jane ADA Coordinator, Shelly McGaughy, and Mrs. Christner) were deficient, and ordered Mr. Williams to file a second amended prisoner complaint that clarified the allegations against the Group 2 Defendants.

On July 29, 2014, the copy of the Court's July 21 order that was mailed to Mr. Williams at the address he provided was returned to the Court undelivered.  The returned envelope (ECF No. 16) bears a stamp or sticker that reads "RETURN TO SENDER, NO MAIL RECEPTACLE, UNABLE TO FORWARD" and notes that the mail was refused because Mr. Williams had been paroled.

Pursuant to Rule 11.1(d) of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, an unrepresented party must file a notice

of new address within five days of any change of address. Mr. Williams has failed to comply with the Court's local rules and, as a result, he has failed within the time allowed to file a second amended prisoner complaint as directed. He also has failed to respond in any way to the Court's June 12 Order to Show Cause. Therefore, the action will be dismissed.

Finally, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Williams files a notice of appeal he also must pay the full $505.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Amended Prisoner Complaint (ECF No. 13) and the action are dismissed without prejudice pursuant to Rules 8 and 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Cornelius T. Williams, to prosecute and for his failure, within the time allowed, to respond to the Court's order to show cause (ECF No. 14) and to the Court's order to file a second amended prisoner complaint (ECF No. 15). It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this  27th  day of   August  , 2014.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court